UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| JAMI WALKING BULL,<br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | 5:26-CV-05066-KES<br><br>ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY |

Movant, Jami Walking Bull, filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Docket 1. The court referred the motion to Magistrate Judge Veronica Duffy, who issued a report recommending that Walking Bull's motion be dismissed without prejudice because this court is without jurisdiction to entertain the motion. Docket 9. Neither the government nor Walking Bull filed objections to Magistrate Judge Duffy's report and recommendation. *See* Docket 10. The court adopted the report and recommendation in full and dismissed Walking Bull's petition. Docket 11; Docket 12. Walking Bull now moves for a certificate of appealability.

To appeal the denial of a § 2255 motion, a petitioner must first seek a certificate of appealability from the district court. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003). The certificate may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet the substantial showing requirement, "[t]he petitioner must demonstrate that reasonable jurists would find the district

court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Said differently, "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997). Walking Bull has not made a substantial showing that his claims are debatable among reasonable jurists, that a court could resolve his claims differently, or that any of the issues raised in his claims deserve further proceedings. Thus, it is

ORDERED that Walking Bull's motion for a certificate of appealability is denied.

Dated November 12, 2026.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE